UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:24-cv-02540-SSS-DTBx | Date | February 18, 2025 |
|---|---|---|---|
| Title | Jean Harber v. FCA US, LLC, et al. | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING DOE DEFENDANTS**

On November 27, 2024, Defendant FCA US, LLC removed Plaintiff Jean Harber's state court action to this Court.  [Dkt. 1].  Her complaint lists numerous Doe defendants.  [*See* Dkt. 1-1 ¶ 5].  As of the date of this order, there is no evidence in the record to show Plaintiff has timely served these defendants under Federal Rule of Civil Procedure 4(m).

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why the case should not be dismissed as to the Doe defendants for failure to serve a copy of the summons and Complaint on these defendants.  Plaintiff must respond in writing by **March 21, 2025**.  Failure to respond will result in a dismissal of the Doe Defendants under Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey court orders.

**IT IS SO ORDERED.**